■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, v

A. S. J. Co., Respondent-Appellant.—Second separate and partial final decree, Supreme Court, New York County, entered on November 16, 1978, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Fein, Ross and Markewich, JJ.